AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Therabody, Inc. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.   4:23-cv-10107-DPG |
| RMN Products and Services, LLC d/b/a You Buy We Sell | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RMN Products and Services, LLC d/b/a You Buy We Sell
c/o Incorp Services, Inc.
919 North Market Street, Suite 950
Wilmington, Delaware 19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Adrienne Love
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
106 E. College Ave., Suite 700
Tallahassee, FL 32301


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Nov 29, 2023

_s/ N. Cubic_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Therabody, Inc. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  4:23-cv-10107-DPG |
| RMN Products and Services, LLC<br>d/b/a You Buy We Sell | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RMN Products and Services, LLC d/b/a You Buy We Sell
21060 E. 5th Avenue
Summerland Key, FL 33042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adrienne Love
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
106 E. College Ave., Suite 700
Tallahassee, FL 32301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 29, 2023

Angela E. Noble
Clerk of Court

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts